UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NATIONAL RADIOLOGY SOLUTIONS
GROUP, PLLC,

    Plaintiff,

v.                                              Case No.: 5:17-cv-387-oc-34PRL

EIHAB H. TAWFIK, M.D., P.A., a Florida
corporation, d/b/a CHRIST MEDICAL
CENTER,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____    IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below

_X_   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: January 12th, 2018

                                                      */s/ Michael A. Nardella*
                                                      Michael A. Nardella, Esq.
                                                      Florida Bar No. 051265
                                                      Nardella & Nardella, PLLC
                                                      250 East Colonial Drive, Suite 102
                                                      Orlando, FL 32801
                                                      Telephone: (407) 966-2680
                                                      mnardella@nardellalaw.com
                                                      afebres@nardellalaw.com
                                                      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 12th day of January, 2018.  As such, the foregoing was served electronically upon all counsel below listed on January 12th, 2018.

J. Ben Vitale, Esq.
Gurley Vitale, P.A.
601 S. Osprey Avenue
Sarasota, FL 34236
bvitale@GurleyVitale.com
eservice@GurleyVitale.com
*Counsel for Plaintiff*

                */s/ Michael A. Nardella*
                Michael A. Nardella, Esq.