UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NATIONAL RADIOLOGY SOLUTIONS
GROUP, PLLC,

    Plaintiff,

v.                                              Case No.: 5:17-cv-387-oc-34PRL

EIHAB H. TAWFIK, M.D., P.A., a Florida
corporation, d/b/a CHRIST MEDICAL
CENTER,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

J. Ben Vitale, Esq.
Gurley Vitale, P.A.
601 S. Osprey Avenue
Sarasota, FL 34236
*Counsel for Plaintiff*

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
*Counsel for Defendant*

National Radiology Solutions
Group, PLLC
*Plaintiff*

Eihab H. Tawfik, M.D., P.A.,
A Florida corporation, d/b/a
Christ Medical Center
*Defendant*

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

National Radiology Solutions Group, PLLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or magistrate judge assigned to this case, and will immediately notify the Court in writing on learning any such conflict.

Dated: January 12th, 2018

    */s/ Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
Telephone: (407) 966-2680
mnardella@nardellalaw.com
afebres@nardellalaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 12th day of January, 2018.  As such, the foregoing was served electronically upon all counsel below listed on January 12th, 2018.

J. Ben Vitale, Esq.
Gurley Vitale, P.A.
601 S. Osprey Avenue
Sarasota, FL 34236
bvitale@GurleyVitale.com
eservice@GurleyVitale.com
*Counsel for Plaintiff*

>   */s/ Michael A. Nardella*
>   Michael A. Nardella, Esq.